# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NORTH CAROLINA
# SOUTHERN DIVISION
# NO: 7:15-CR-87-FL-1

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| CHRISTOPHER GUINYARD, ) | |
| Defendant ) | |
| ) | |

This matter is before the court on defense counsel's unopposed motion for a competency evaluation pursuant to 18 U.S.C. § 4241. Based on defense counsel's representations to the court, to which the government does not object, the court finds that there is reasonable cause to believe that Defendant may be suffering from a mental disease or defect rendering him unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

The court, therefore, ORDERS that Defendant be committed to the custody of the United States Attorney General for a period not to exceed thirty (30) days for purposes of a psychological and/or psychiatric examination at FMC Butner or such other suitable facility as may be designated by the Attorney General pursuant to 18 U.S.C. §§ 4241 and 4247(b). A report of the examination(s) shall be prepared and filed with the court pursuant to 18 U.S.C. § 4247(c), with copies provided to counsel for Defendant and counsel for the Government.

It is further ordered that the proceedings in this case shall be CONTINUED pending a determination of Defendant's mental competency to stand trial, up to and including ninety (90) days or more if necessary. Any delay that results from this order is excluded from Speedy Trial Act computation pursuant to 18 U.S.C. § 3161(h)(1)(A), as well as pursuant to 18 U.S.C. §

3161(h)(7)(A), the court finding that the interests of justice served by the additional time required to assess Defendant's competency outweigh the best interests of the public and defendant in a speedy trial.

SO ORDERED, this the  18th  day of April 2016.

_____
THE HONORABLE LOUISE E. FLANAGAN
UNITED STATES DISTRICT COURT JUDGE